AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Tyler Bullock<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

25-mj-1410-DLC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 6, 2025_____ in the county of _____Middlesex_____ in the _____ District of _____Massachusetts_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

Please see the attached affidvait of Special Agent Seth Toensing, incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Seth Toensing, Special Agent, State Dept., DSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  11/6/2025

_____
*Judge's signature*

City and state:      Boston, Massachusetts               Hon. Donald L. Cabell, Chief Magistrate Judge
*Printed name and title*