UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYLER BULLOCK,<br><br>　　　　Defendant | ) Criminal No.  25cr10465<br>)<br>) Violation:<br>)<br>) Count One: Felon in Possession of<br>) Firearm and Ammunition<br>) (18 U.S.C. § 922(g)(1))<br>)<br>) Forfeiture Allegation:<br>) (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)) |

INDICTMENT

COUNT ONE
Felon in Possession of Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On or about November 6, 2025, in the District of Massachusetts, the defendant,

TYLER BULLOCK,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a Ruger P85 9mm pistol and approximately forty-two rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

1

FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further alleges:

1.     Upon conviction of the offense in violation of Title 18, United States Code, Section 922, set forth in Count One, the defendant,

TYLER BULLOCK,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense.   The property to be forfeited includes, but is not limited to, the following:

    a.   Ruger P85 9mm pistol bearing serial number 30179752 and approximately 42 rounds of 9mm ammunition.

2.     If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant—

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

2

A TRUE BILL



FOREPERSON

ANNE PARUTI
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: December **18** , 2025
Returned into the District Court by the Grand Jurors and filed.

*Aaron Hutchins*
DEPUTY CLERK

3