UNITED STATES OF AMERICA

v.

TYLER BULLOCK,

Defendant

Criminal No. 1:25-cr-10465-DLC

## JOINT STATUS REPORT AND REQUEST TO CANCEL HEARING

The parties hereby file the following joint status report prepared in connection with the final status conference scheduled for May 20, 2026. The parties are attempting to finalize a resolution of this matter that would involve a plea to a superseding information, but will not be able to finalize their discussions by the May 20, 2026, final status date. Should the Court conclude that the report is sufficient, the parties request that the status conference be cancelled and that another status conference be set in 30 days. The parties will endeavor to file a motion for a Rule 11 hearing at the earliest practicable date prior to that status conference.

The information below was provided to the Court before the initial status conference and is repeated herein for the Court's reference.

(1)     Automatic Discovery/Pending Discovery Requests

As reported in the initial status report, the government has provided automatic discovery and voluntarily produced early pre-trial discovery. Specifically, the government has produced recordings and transcripts of interviews with the Defendant; the Defendant's criminal history; search warrant materials; and subpoena returns. Additionally, forensic evidence has been made available to the defense for review.

(2)     Additional Discovery

Currently, there are no outstanding discovery requests.

(3)     Timing of Additional Discovery Requests

The defense is reviewing discovery and assessing the need for further discovery.

(4)     Protective Orders

The government does not at this time intend to seek a protective order.

(5)     Pretrial Motions

The defense is reviewing the need for any pretrial motions. The government is continuing to review its files to determine what additional discovery, if any, it should produce at this stage, including discovery that may be broader than that required by the automatic discovery rules.

(6)     Expert Discovery

The parties have not determined what experts, if any, they may need to call at trial.

(7)     Speedy Trial Act

The parties request that the time between May 20, 2026, and the next status date be excluded from the calculations of the Speedy Trial Act, in the interests of justice, to afford the parties additional time to review discovery materials, to evaluate the filing of pretrial motions, and to explore the potential disposition of the charges short of trial.

(8)     Next Status Conference

The parties request that a further status conference be scheduled for approximately 30 days in the future.

Respectfully submitted,

| | |
|---|---|
| TYLER BULLOCK, | UNITED STATES OF AMERICA, |
| By his attorney, | By its attorney, |
| Cara McNamara | LEAH B. FOLEY<br>United States Attorney |
| */s/ Cara McNamara* | */s/ Eric L. Hawkins*<br>Eric L. Hawkins<br>Assistant United States Attorney<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200 |

Boston, MA 02210
617.748.3299

Dated: May 18, 2026

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Eric L. Hawkins*
Eric L. Hawkins
Assistant United States Attorney

Dated: May 18, 2026