UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 25-cr-10465 |
| | ) | |
| v. | ) | Violations: |
| | ) | |
| TYLER BULLOCK, | ) | Count One: Possession of Child Pornography |
| | ) | (18 U.S.C. §§ 2252A(a)(5) and (b)(2)) |
| Defendant | ) | |
| | ) | Count Two: Felon in Possession of |
| | ) | Firearm and Ammunition |
| | ) | (18 U.S.C. § 922(g)(1)) |
| | ) | |
| | ) | Child Pornography Forfeiture Allegation: |
| | ) | (18 U.S.C. § 2253) |
| | ) | |
| | ) | Firearm Forfeiture Allegation: |
| | ) | (18 U.S.C. § 924(d)(1) and 28 U.S.C. |
| | ) | § 2461(c)) |

SUPERSEDING INFORMATION

COUNT ONE
Possession of Child Pornography
(18 U.S.C. §§ 2252A(a)(5) and (b)(2))

The United States Attorney charges:

On or about November 6, 2025, in the District of Massachusetts, the defendant,

TYLER BULLOCK,

knowingly possessed material that contained one or more images of child pornography, as defined

in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor

who had not attained 12 years of age, and that had been mailed, and shipped and transported using

any means and facility of interstate and foreign commerce and in and affecting interstate and

foreign commerce by any means, including by computer, and that was produced using materials

that had been mailed, and shipped and transported in and affecting interstate and foreign commerce

by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

1

<u>COUNT TWO</u>
Felon in Possession of Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The United States Attorney further charges:

On or about November 6, 2025, in the District of Massachusetts, the defendant,

TYLER BULLOCK,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a Ruger P85 9mm pistol and approximately forty-two rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

CHILD PORNOGRAPHY FORFEITURE ALLEGATION
(18 U.S.C. § 2253)

The United States Attorney further alleges:

1.    Upon conviction of the offense in violation of Title 18, Sections 2252A(a)(5)(B) and (b)(2), as set forth in Count One, the defendant,

TYLER BULLOCK,

shall forfeit to the United States, pursuant to Title 18, United States Code Section 2253, (i) any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following property:

    a.    one black Apple iPhone 12, model A2172, in a black case, seized on November 6, 2025, in Dracut, Massachusetts; and

    b.    one black Apple iPad, model A2228, seized on November 6, 2025, in Dracut, Massachusetts.

2.    If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant—

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

e.       has been commingled with other property which cannot be divided without

difficulty;

it is the intention of the United States of America, pursuant to Title 18, United States Code,

Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of

any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 2253.

<u>FIREARM FORFEITURE ALLEGATION</u>
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The United States Attorney further alleges:

1.      Upon conviction of the offense in violation of Title 18, United States Code, Section 922, set forth in Count Two, the defendant,

TYLER BULLOCK,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense.   The property to be forfeited includes, but is not limited to, the following:

  a. one Ruger P88 9mm pistol bearing serial number 30179752 with a magazine containing ammunition and approximately 42 rounds of 9mm ammunition.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant—

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

5

LEAH B. FOLEY
United States Attorney

By:     */s/ Eric L. Hawkins*
Eric L. Hawkins
Assistant United States Attorney

Date: June 9, 2026